| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332) |
|   | United States Attorney |
| 2 | |
|   | BRIAN J. STRETCH (CABN 163973) |
| 3 | Chief, Criminal Division |
| 4 | WENDY THOMAS (NYBN 4315420) |
|   | Special Assistant United States Attorney |

**FILED**

FEB 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6809
Fax: (415) 436-7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**MEJ**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
|  | ) | 3-08 70116 |
| Plaintiff, | ) |  |
|  | ) | NOTICE OF PROCEEDINGS ON |
| v. | ) | OUT-OF-DISTRICT CRIMINAL |
|  | ) | CHARGES PURSUANT TO RULES |
| JASON UNTIED, | ) | 5(c)(2) AND (3) OF THE FEDERAL RULES |
|  | ) | OF CRIMINAL PROCEDURE |
| Defendant. | ) |  |
|  | ) |  |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on February 28, 2008, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☒ Indictment

☐ Information

☐ Criminal Complaint

☐ Other (describe) _____

pending in the <u>Southern</u> District of <u>Ohio</u>, Case Number <u>CR 2:07-00187 GLF</u>.

In that case, the defendant is charged with violations of Title 26, United States Code, Sections <u>5861(a), 5861(d), 5871, and 5872;</u> Title 18, United States Code, Section <u>371, 922(o),</u>

1

and 924(a)(2).

Description of Charges: Conspiracy to Defraud the United States (18 U.S.C. § 371); Unlawful Manufacture and Sale of Firearms (26 U.S.C. § 5861(a)); Illegal Possession of a Machinegun, as described in 26 U.S.C. § 5845(b) (18 U.S.C. § 922(o)); Possession of a Firearm not Registered to him in the National Firearms Registration and Transfer Record (26 U.S.C. § 5861(d)); Forfeiture allegation for a machineguns, short barreled rifle, and ammunition (26 U.S.C. § 5872).

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 2/29/08

Wendy Thomas
Special Assistant U.S. Attorney

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN District of OHIO

UNITED STATES OF AMERICA

V.

JASON UNTIED, et al.

**WARRANT FOR ARREST**

Case Number: CR-2-07-187
Judge Holschuh

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JASON UNTIED
                                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)
CONSPIRACY TO MANUFACTURE AND SELL FULLY AUTOMATIC WEAPONS;
UNLAWFULLY POSSESSED AND TRANSFERRED FULLY AUTOMATIC WEAPONS;
POSSESSION OF FULLY AUTOMATIC WEAPONS NOT REGISTERED IN THE NATIONAL FIREARMS AND TRANSFER RECORD

in violation of Title   18 & 26   United States Code, Section(s)   371; 922(o) & 5861(d)

JAMES BONINI
Name of Issuing Officer

CLERK
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

October 4, 2007 - Columbus, Ohio
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |