AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>JASON UNTIED | | COMMITMENT TO ANOTHER DISTRICT | |
|---|---|---|---|
| **DOCKET NUMBER** | | **MAGISTRATE JUDGE CASE NUMBER** | |
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N. District of CA | So. District of OH | 3-08-70116 MEJ | CR 2:07-00187 GLF |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of  26  U.S.C. § 5861(a), 5861(d), 5871 and 5872 & 18 § 371, 922(o) & 924 9(a)(2)

**DISTRICT OF OFFENSE**
Southern District of OH

**DESCRIPTION OF CHARGES:**

Unlawful Manufacture & Sale of Firearms; Illegal Possession of a Machinegun; Possession of a Firearm not registered; Forfeiture allegation for a Machineguns, short barreled rifle & ammunition.

**CURRENT BOND STATUS:**

☐ Bail fixed at                             and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)   Gov't moved for Detention, and Dft waived Detention and Identity Hearing.
Bond, if any, shall be transferred to the District of Offense

| **Representation:** | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| **Interpreter Required?** | X No | ☐ Yes | Language: | |

**NORTHERN DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.         JOSEPH C. SPERO

March 5, 2008
Date                                           United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |