UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

FILED
JAMES BONINI
CLERK

2008 [Neutral Court Number]
415.522.2000
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Richard W. Wieking
Clerk

**FILED**

MAR 18 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
U.S. District Court
Southern Dist of OH
100 E. 5th St.
Cincinnati OH 45202

Case Name: 3-08-70116 MAG
Case Number: USA v Jason United
Charges: 24: 5861(a), 5861(d) 5871 & 5872, 18:371, 922(o) + 924 (a)(2)

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge _____. The following action has been taken:

(✓)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 40 affidavit
    original minute orders
    certified copy of AO 94, Commitment to Another District

Please acknowledge receipt of the documents on the attached copy of this letter and return envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____

Date: 3-13-08

CLERK, U.S. DISTRICT COURT